# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Sherry G. Hurt**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-CV-248-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, Acting | ) | |
| Commissioner of Social Security**,** | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2018 Order.

June 12, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court